# MOTION DOCKET

**96–536. State v. Henness.**
Franklin App. No. 94APA02–240. On motion for stay of execution scheduled for May 3, 1999. Stay granted for six months.
PFEIFER, J., dissents.

**98–1462. Waite v. Progressive Ins. Co.**
Huron App. No. H–97–036. This cause is pending before the court as an appeal from the Court of Appeals for Huron County. Upon consideration of the motion of *amicus curiae,* The Ohio Academy of Trial Lawyers, to participate in oral argument currently scheduled for May 4, 1999,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is granted, and *amicus curiae* shall share the time allotted to appellants.

**98–2144. State v. Weitbrecht.**
Holmes App. No. 97CA588. On motion to strike brief of *amicus curiae* Ohio Association of Criminal Defense Lawyers. Motion denied.

**98–2251. True Christianity Evangelism v. Tracy.**
Board of Tax Appeals, No. 96–K–904. On request for argument before full court. Request denied.

**98–2252. Maxxim Med., Inc. v. Tracy.**
Board of Tax Appeals, No. 94–X–224. On request for argument before full court. Request denied.

**99–395. State v. Myers.**
Greene App. No. 96CA38. On motion to withdraw as counsel and request for expedited ruling. Motion granted, cause remanded to court of appeals for appointment of counsel, and appellant's brief due ninety days after the appointment of counsel.
DOUGLAS, J., dissents.

**99–423. State v. Sledge.**
Summit App. No. 19258. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**99–426. State v. Randall.**
Clark App. No. 96CA0091. On motion for leave to file delayed appeal. Motion granted.
DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**99–434. State v. Freeman.**
Hamilton App. No. C–970945. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**99–454. State v. Martinson.**
Lucas App. No. L–98–1402. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**99–465. State v. Ware.**
Licking App. No. 98109. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.

**99–466. State v. Fox.**
Franklin App. No. 98AP–1348. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**99–467. State v. Varner.**
Franklin App. No. 98AP–1218. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and COOK, JJ., dissent.